STATE OF NORTH CAROLINA v. TYES MILLER

No. 738SC258

(Filed 9 May 1973)

APPEAL by defendant from *Webb, Judge,* 27 November 1972 Session of Superior Court held in WAYNE County.

*Attorney General Robert Morgan by Lester V. Chalmers, Jr., Assistant Attorney General, for the State.*

*J. Thomas Brown, Jr., for defendant appellant.*

VAUGHN, Judge.

Defendant's pleas of guilty to three misdemeanors were duly accepted by the court. Lawful sentences were then imposed. Defendant, at State expense, appealed. Court appointed counsel, with appropriate candor, admits that he can find no error but urges the court to examine the record for possible error. We have done so and find none.

No error.

Judges BROCK and HEDRICK concur.